AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

V.

BRYAN JOE KANZLEITER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  2:13-CR-00093-RMP-1

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Chief Judge Rosanna Malouf Peterson
Name and Title of Judge

7/3/2014
Date